IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mosby, Nakia S

Printed: 7/1/08

Case Number: 04 B 20374
Judge: Wedoff, Eugene R
Filed: 5/25/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 27, 2008
Confirmed: July 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 14,580.00 |  |
| Secured: |  | 6,047.01 |
| Unsecured: |  | 5,044.36 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,737.50 |
| Trustee Fee: |  | 751.13 |
| Other Funds: |  | 0.00 |
| Totals: | 14,580.00 | 14,580.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Jennifer A Blanc Douge | Administrative | 331.50 | 331.50 |
| 2. | Jennifer A Blanc Douge | Administrative | 2,406.00 | 2,406.00 |
| 3. | Nationwide Acceptance Corp | Secured | 6,047.01 | 6,047.01 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 464.00 | 1,228.46 |
| 5. | City Of Chicago | Unsecured | 808.32 | 2,140.05 |
| 6. | Nationwide Acceptance Corp | Unsecured | 632.99 | 1,675.85 |
| 7. | AT&T | Unsecured |  | No Claim Filed |
| 8. | Advocate Trinity Hospital | Unsecured |  | No Claim Filed |
| 9. | U S Sprint | Unsecured |  | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 11. | Chicago Imaging Ltd | Unsecured |  | No Claim Filed |
| 12. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago | Unsecured |  | No Claim Filed |
| 14. | Cub Foods | Unsecured |  | No Claim Filed |
| 15. | McGinley, Eileen | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | Equifax Check | Unsecured |  | No Claim Filed |
| 18. | Evergreen Medical Specialist | Unsecured |  | No Claim Filed |
| 19. | First Premier | Unsecured |  | No Claim Filed |
| 20. | Evergreen Medical Specialist | Unsecured |  | No Claim Filed |
| 21. | Insurance National Services | Unsecured |  | No Claim Filed |
| 22. | Jr Nephpology Inc | Unsecured |  | No Claim Filed |
| 23. | SBC | Unsecured |  | No Claim Filed |
| 24. | MCI Residential | Unsecured |  | No Claim Filed |
| 25. | TCF Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mosby, Nakia S

Printed: 7/1/08

Case Number: 04 B 20374
Judge: Wedoff, Eugene R
Filed: 5/25/04

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 27. | Oak Lawn Radiologists SC | Unsecured | | No Claim Filed |
| 28. | Metra | Unsecured | | No Claim Filed |
| 29. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 30. | Menards | Unsecured | | No Claim Filed |
| 31. | MCI Residential | Unsecured | | No Claim Filed |
| 32. | SBC | Unsecured | | No Claim Filed |
| 33. | Sprint PCS | Unsecured | | No Claim Filed |
| 34. | Sprint PCS | Unsecured | | No Claim Filed |
| 35. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 36. | MCI Residential | Unsecured | | No Claim Filed |
| 37. | Trinity Hospital | Unsecured | | No Claim Filed |
| 38. | Venture (I.S. Associates) | Unsecured | | No Claim Filed |
| 39. | WARDS | Unsecured | | No Claim Filed |
|   |   |   | _____ | _____ |
|   |   |   | $ 10,689.82 | $ 13,828.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 32.40 |
| 6.5% | 206.55 |
| 3% | 24.30 |
| 5.5% | 165.28 |
| 5% | 113.49 |
| 4.8% | 72.45 |
| 5.4% | 136.66 |
|   | _____ |
|   | $ 751.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

